by mutual consent and a new firm formed, or when the said firm was dissolved, giving the terms and conditions of dissolution. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH GALOWITZ, Respondent, v. JOHN P. MAGNER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Levey* v. *Payne* (200 App. Div. 30). Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIMON GULACK, Respondent, v. ISAAC O. SCHIFF and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FINN HANNEVIG & COMPANY, INC., Respondent, v. UNIVERSAL TRANSPORTATION COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FINN HANNEVIG & COMPANY, INC., Respondent, v. UNIVERSAL TRANSPORTATION COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH SHEINSINGER, Individually and as Executor and Trustee, etc., of JOSEPH MALCUS, Deceased, and Another, Appellants, v. JOSEPH SHENK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSA C. BRADSHAW, Respondent, v. ROSALIND REALTY CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Ortman* v. *Beiley* (160 App. Div. 258). Order filed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT S. LIVINGSTON, Respondent, v. CLARENCE HUBERT LIVINGSTON and Others, Defendants, Impleaded with REALTY ASSOCIATES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB WOLFMAN, Respondent, v. RAY WOLFMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to order payment of a counsel fee of $250. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of FRANK J. WATERS, Appellant, v. SOLOMON C. SUGARMAN, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted by referring the issues to Hon. John W. Goff, official referee. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA DOMB, Respondent, v. LOUIS DOMB, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ELIZABETH C. HARRISON, Respondent, v. FRANK PAUL HARRISON, Appellant.—